Marc Schworm, OSB #076752
marc@lawyerspdx.com
Morinaka Schworm, LLC
2330 NW 31st Ave.
Portland, OR 97210
Telephone: 971-266-2800
Facsimile: 503-715-1355

Attorney for Plaintiff

Ashley J. Sherwood, OSB 191044
asherwood@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Attorney for Defendants The Hertz Corporation
and DTG Operations, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

TATIANA ALCARAZ,

Plaintiff,

v.

THE HERTZ CORPORATION, A FOREIGN CORPORATION, DTG OPERATIONS, INC., A FOREIGN CORPORATION,

Defendant.

Case No. 3:26-cv-00593-SI

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tatiana Alcaraz ("Plaintiff") and Defendants The Hertz Corporation and DTG Operations, Inc. ("Defendants") hereby stipulate that this matter should be dismissed with prejudice and each side to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: September 30, 2026

SEYFARTH SHAW, LLP

*s/ Ashley J. Sherwood*
Ashley J. Sherwood, OSB 191044
999 3rd Avenue, Suite 4700
Seattle, WA 98104
T: (206) 946-4923
F: (206) 299-9974
asherwood@seyfarth.com

DATED: September 30, 2026

MORINAKA SCHWORM, LLC

*/s/ Marc Schworm*
Marc Schworm, OSB #076752
Morinaka Schworm, LLC
2330 NW 31st Ave.
Portland, OR 97210
marc@lawyerspdx.com

Attorney for Plaintiff Tatiana Alcaraz

ORDER

Based on the Stipulation of the Parties, this matter is DISMISSED with prejudice, with each side to bear her/its own fees and costs.

________________________________________

The Honorable Michael H. Simon



SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041